IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   03-2631 Ma/An |
| | ) | |
| SHELBY COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Motion for Extension of Time to serve the Complaint on Defendants filed on January 31, 2005. The Court notes that Plaintiff has still not effected service of process on the Defendants in this case, some three months after Plaintiff filed the instant Motion. Therefore, after due consideration and for a lack of good cause shown, Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 06, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5-11-05

19



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:03-CV-02631 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Michael W. Smith
WCF: F-B-110
#274440
P.O. Box 679
Whiteville, TN 38075

Honorable Samuel Mays
US DISTRICT COURT