IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -6  AM 8: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MICHAEL W. SMITH,

    Plaintiff,

VS.                                  NO. 03-2631-Ma/An

SHELBY COUNTY, ET AL.,

    Defendants.

### ORDER TO SHOW CAUSE

On August 22, 2003, Plaintiff filed the Complaint in this matter. As of the date of this Order, Plaintiff has still not effected service of process on the Defendants in this matter.

Plaintiff is hereby ORDERED to show cause, within eleven (11) days of the entry of this order, why this case should not be dismissed for failure to obtain service. Failure to respond to this Order or to show good cause will result in the dismissal of this matter.

IT IS SO ORDERED this __3d__ day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:03-CV-02631 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Michael W. Smith
WCF: F-B-110
#274440
P.O. Box 679
Whiteville, TN 38075

Honorable Samuel Mays
US DISTRICT COURT